# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAMOS JR., JOHNNY | § | Case No. 11-43017 JBS |
| RAMOS, DIANE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                                      $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/RONALD R. PETERSON_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-43017 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | RAMOS JR., JOHNNY | | Date Filed (f) or Converted (c): | 10/24/11 (f) |
| | RAMOS, DIANE | | 341(a) Meeting Date: | 11/21/11 |
| For Period Ending: | 09/11/13 | | Claims Bar Date: | 08/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real Estate located at Location: 13140 S. Ave O, C | 102,000.00 | 0.00 | | 0.00 | 0.00 | 125,835.00 | 30,000.00 |
| 2. Checking account with TCF | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| 3. Savings account with US Bank | 140.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 140.00 |
| 4. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 5. Personal used clothing | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 6. Anticipated 2011 Tax Refund: Debtor's will owe Per | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. 2007 Ford Expedition, with 72,0000 miles Value Per | 21,355.00 | 0.00 | | 0.00 | 0.00 | 19,911.00 | 2,400.00 |
| 8. 2006 Ford Mustang, with 12,000 miles Value Per KBB | 12,500.00 | 2,400.00 | | 0.00 | 0.00 | 9,926.00 | 174.00 |
| 9. 2005 GMC Envoy with 55,000 Value Per KBB, PPV 50% | 3,795.00 | 0.00 | | 0.00 | 0.00 | 6,185.00 | 1,753.95 |
| 10. 2000 Peterbuilt (u) | 11,000.00 | 11,000.00 | | 11,000.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.04 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $152,190.00 | $13,400.00 | | $11,000.04 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $161,857.00 | $35,867.95 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 11-43017 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
| Case Name: | RAMOS JR., JOHNNY | | Date Filed (f) or Converted (c): | 10/24/11 (f) |
| | RAMOS, DIANE | | 341(a) Meeting Date: | 11/21/11 |
| | | | Claims Bar Date: | 08/16/12 |

August 5, 2012.  The Debtors bought the Peterbilt 2000 from the estate for $11,000 and are paying the estate over time. The final payment should be received in mid 2013.

April 29, 2013, 08:45 am Debtor paying like clockwork. Should be able to close estate by years end.

Initial Projected Date of Final Report (TFR): 03/31/14     Current Projected Date of Final Report (TFR): 03/31/14

_____     Date: _____

RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-43017 -JBS | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | RAMOS JR., JOHNNY | | Bank Name: | ASSOCIATED BANK |
| | RAMOS, DIANE | | Account Number / CD #: | *******8547 Checking Account |
| Taxpayer ID No: | *******2665 | | | |
| For Period Ending: | 09/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,994.39 | | 2,994.39 |
| 08/15/12 | 10 | Johny Ramos 13140 South Avenue O Chicago, Il 60633 | | 1229-000 | 1,000.00 | | 3,994.39 |
| 09/18/12 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 4,994.39 |
| 10/16/12 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 5,994.39 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.73 | 5,991.66 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.51 | 5,988.15 |
| 11/27/12 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 6,988.15 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.77 | 6,984.38 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.45 | 6,979.93 |
| 01/23/13 | 10 | Johnny Ramos TCF Cashier's Check | | 1229-000 | 1,000.00 | | 7,979.93 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.81 | 7,969.12 |
| 02/27/13 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 8,969.12 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.80 | 8,958.32 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.32 | 8,945.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.87 | 8,932.13 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.28 | 8,918.85 |
| 06/18/13 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 9,918.85 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.46 | 9,905.39 |
| 07/29/13 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 10,905.39 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.87 | 10,890.52 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.19 | 10,874.33 |

Page Subtotals    10,994.39    120.06

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.03

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-43017 -JBS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | RAMOS JR., JOHNNY | | Bank Name: | ASSOCIATED BANK |
| | RAMOS, DIANE | | Account Number / CD #: | *******8547 Checking Account |
| Taxpayer ID No: | *******2665 | | | |
| For Period Ending: | 09/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,994.39 | 120.06 | 10,874.33 |
| | | | Less: Bank Transfers/CD's | | 2,994.39 | 0.00 | |
| | | | Subtotal | | 8,000.00 | 120.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,000.00 | 120.06 | |

| | | Page Subtotals | 0.00 | 0.00 | |

LFORM24 UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Ver: 17.03

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 11-43017 -JBS | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | RAMOS JR., JOHNNY | | Bank Name: | BANK OF AMERICA, N.A. |
| | RAMOS, DIANE | | Account Number / CD #: | *******9739  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2665 | | | |
| For Period Ending: | 09/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/12 | 10 | Johnny Ramos<br>13140 S. Avenue O<br>Chicago, Illinois 60633 | | 1229-000 | 1,000.00 | | 1,000.00 |
| 06/13/12 | 10 | Mr. & Mrs. Johnny Ramos<br>13140 S. Avenue O<br>Chicago, Il. 6063 | | 1229-000 | 1,000.00 | | 2,000.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,000.01 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.68 | 1,998.33 |
| 07/18/12 | 10 | Johnny Ramos | | 1129-000 | 1,000.00 | | 2,998.33 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,998.35 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.99 | 2,995.36 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,995.37 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 0.98 | 2,994.39 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,994.39 | 0.00 |

|  | COLUMN TOTALS | 3,000.04 | 3,000.04 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 2,994.39 | |
|  | Subtotal | 3,000.04 | 5.65 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 3,000.04 | 5.65 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8547 | 8,000.00 | 120.06 | 10,874.33 |
| Money Market Account (Interest Earn - ********9739 | 3,000.04 | 5.65 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 11,000.04 | 125.71 | 10,874.33 |

Page Subtotals         3,000.04        3,000.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 11-43017 -JBS | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | RAMOS JR., JOHNNY | Bank Name: | BANK OF AMERICA, N.A. |
| | RAMOS, DIANE | Account Number / CD #: | *******9739  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2665 | | |
| For Period Ending: | 09/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  |
| --- | --- | --- |
| Page Subtotals | 0.00 | 0.00 |

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: September 11, 2013 |
|---|---|---|---|---|---|---|

Case Number: 11-43017  
Debtor Name: RAMOS JR., JOHNNY  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC (HSBC - Carsons)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | Filed 05/20/12 | $2,003.95 | $0.00 | $2,003.95 |
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC (Chase Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | Filed 05/20/12 | $2,254.42 | $0.00 | $2,254.42 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Filed 05/23/12 | $7,277.62 | $0.00 | $7,277.62 |
| 000004<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Filed 05/23/12 | $6,922.09 | $0.00 | $6,922.09 |
| 000005<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | Filed 06/18/12 | $5,604.77 | $0.00 | $5,604.77 |
| 000006<br>070<br>7100-00 | Calvary Portfolio Services LLC<br>as assignee of Bank of America/FIA<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595 | Unsecured | Filed 06/20/12 | $16,284.93 | $0.00 | $16,284.93 |
| 000007<br>070<br>7100-00 | Nelnet on behalf of the U.S. Department of Educati<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014 | Unsecured | Filed 06/26/12 | $24,628.79 | $0.00 | $24,628.79 |
| 000008<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Unsecured | Filed 07/02/12 | $836.24 | $0.00 | $836.24 |
| 000009<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | Filed 07/03/12 | $12,094.07 | $0.00 | $12,094.07 |
| 000010<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Unsecured | Filed 07/05/12 | $1,138.49 | $0.00 | $1,138.49 |
| 000011<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as<br>assignee of HSBC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Filed 07/24/12 | $10,579.71 | $0.00 | $10,579.71 |
| 000012<br>070<br>7100-00 | American InfoSource LP as agent for Asset Acceptance<br>as assignee of CITIFINANCIAL/ | Unsecured | Filed 08/09/12 | $6,783.15 | $0.00 | $6,783.15 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 11, 2013 |

Case Number: 11-43017  
Debtor Name: RAMOS JR., JOHNNY   Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | WICKES FUR<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | | | | | |
| 000013<br>070<br>7100-00 | American InfoSource LP as agent for Asset Acceptance<br>as assignee of BP PRIVATE LABEL/ CHASE<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | Filed 08/09/12 | $1,382.88 | $0.00 | $1,382.88 |
| | Case Totals: | | | $97,791.11 | $0.00 | $97,791.11 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-43017 JBS  
Case Name: RAMOS JR., JOHNNY  
         RAMOS, DIANE  
Trustee Name: RONALD R. PETERSON  

      Balance on hand       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____  
    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (HSBC - Carsons) 294 Union St. Hackensack, NJ 07601 | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC (Chase Bank) 294 Union St. Hackensack, NJ 07601 | $ | $ | $ |
| 000003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |
| 000004 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Calvary Portfolio Services LLC<br>as assignee of Bank of America/FIA<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595 | $ | $ | $ |
| 000007 | Nelnet on behalf of the<br>U.S. Department of Educati<br>3015 South Parker Road,<br>Suite 400<br>Aurora, CO 80014 | $ | $ | $ |
| 000008 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | $ | $ | $ |
| 000009 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | $ | $ | $ |
| 000010 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | $ | $ | $ |
| 000011 | LVNV Funding, LLC its successors and assigns as assignee of HSBC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |
| 000012 | American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of<br>CITIFINANCIAL/<br>WICKES FUR<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | American InfoSource LP as agent for Asset Acceptance as assignee of BP PRIVATE LABEL/ CHASE PO Box 248838 Oklahoma City, OK 73124-8838 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE