UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                               §
                                     §
RAMOS JR., JOHNNY                    §       Case No. 11-43017 JBS
RAMOS, DIANE                         §
                                     §
                                     §
        Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/21/2013 in Courtroom 682,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/01/2013                By: UNITED STATES BANKRUPTCY
                                           COURT
                                                                     Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                    §
                                          §
RAMOS JR., JOHNNY                         §    Case No. 11-43017 JBS
RAMOS, DIANE                              §
                                          §
                                          §
        Debtor(s)                         §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,000.04 |
| and approved disbursements of | $ | 125.71 |
| leaving a balance on hand of[1] | $ | 10,874.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,850.00 | $ 0.00 | $ 1,850.00 |
| Trustee Expenses: RONALD R. PETERSON | $ 5.59 | $ 0.00 | $ 5.59 |

Total to be paid for chapter 7 administrative expenses       $       1,855.59
Remaining Balance                                            $       9,018.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,791.11  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  9.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (HSBC - Carsons) 294 Union St. Hackensack, NJ 07601 | $ 2,003.95 | $ 0.00 | $ 184.81 |
| 000002 | Atlas Acquisitions LLC (Chase Bank) 294 Union St. Hackensack, NJ 07601 | $ 2,254.42 | $ 0.00 | $ 207.91 |
| 000003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 7,277.62 | $ 0.00 | $ 671.18 |
| 000004 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 6,922.09 | $ 0.00 | $ 638.39 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 5,604.77 | $ 0.00 | $ 516.90 |
| 000006 | Calvary Portfolio Services LLC<br>as assignee of Bank of America/FIA<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595 | $ 16,284.93 | $ 0.00 | $ 1,501.87 |
| 000007 | Nelnet on behalf of the U.S. Department of Educati<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014 | $ 24,628.79 | $ 0.00 | $ 2,271.38 |
| 000008 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | $ 836.24 | $ 0.00 | $ 77.12 |
| 000009 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | $ 12,094.07 | $ 0.00 | $ 1,115.37 |
| 000010 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | $ 1,138.49 | $ 0.00 | $ 105.00 |
| 000011 | LVNV Funding, LLC its successors and assigns as assignee of HSBC Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 10,579.71 | $ 0.00 | $ 975.71 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | American InfoSource LP as agent for Asset Acceptance as assignee of CITIFINANCIAL/ WICKES FUR PO Box 248838 Oklahoma City, OK 73124-8838 | $ 6,783.15 | $ 0.00 | $ 625.57 |
| 000013 | American InfoSource LP as agent for Asset Acceptance as assignee of BP PRIVATE LABEL/ CHASE PO Box 248838 Oklahoma City, OK 73124-8838 | $ 1,382.88 | $ 0.00 | $ 127.53 |

Total to be paid to timely general unsecured creditors     $    9,018.74

Remaining Balance     $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 6)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-43017-JBS
Johnny Ramos                                                        Chapter 7
Diane Ramos
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 2              Date Rcvd: Oct 02, 2013
                              Form ID: pdf006          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2013.
db/jdb         +Johnny Ramos, Jr.,    Diane Ramos,    13140 S Ave O,    Chicago, IL 60633-1312
17960210       +Acs/dept Of Ed,    830 1st St Ne Room 111g5,    Washington, DC 20002-8058
17960211       +Acs/jp Morgan Chase Ba,    501 Bleecker St,   Utica, NY 13501-2401
17960212       +Acs/wells Fargo,    501 Bleecker St,   Utica, NY 13501-2401
17960213       +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
17960214       +Arnoldharris/Med Business Bureau,    Po Box 1219,    Park Ridge, IL 60068-7219
17960215       +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
18932353       +Atlas Acquisitions LLC   (Chase Bank),    294 Union St.,    Hackensack, NJ 07601-4303
18932352       +Atlas Acquisitions LLC   (HSBC - Carsons),    294 Union St.,    Hackensack, NJ 07601-4303
19047659      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102)
17960217       +Bac Home Loans Servici,    450 American St,   Simi Valley, CA 93065-6285
17960218      #+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
17960219       +Blatt, Hassenmiller, Leibsker,    & Moore LLC,   125 South Wacker Dr, Suite 400,
                 Chicago, IL 60606-4440
17960221       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
17960223       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
17960224       +Chase - Cc,    Po Box 15298,    Wilmington, DE 19850-5298
17960225       +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
17960226       +Chela,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
17960228       +Citi Financial Mortgage,    Attention: Bankruptcy Department,    Po Box 140069,
                 Irving, TX 75014-0069
17960229       +Custom Coll Srvs Inc,    55 E 86th Ave Ste D,   Merrillville, IN 46410-6265
17960230       +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
17960234       +Ford Motor Credit Corporation,    Ford Credit,    Po Box 6275,    Deerborn, MI 48121-6275
17960236       +H&f Law,    33 N Lasalle,    Chicago, IL 60602-2603
17977751       +Horizon Bank, N.A.,    c/o Rebecca H. Fischer,    Laderer & Fischer, P.C.,
                 112 W. Jefferson Blvd., Suite 310,    South Bend, IN 46601-1909
17960238       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5895,    Carol Stream, IL 60197-5895
17960239       +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
17960240       +Komyattassoc,    9650 Gordon Drive,    Highland, IN 46322-2909
17960241       +Lane Bryant,    Po Box 182125,    Columbus, OH 43218-2125
17960243       +Micheal D. Fine,    Chase Bank,    131 S. Dearborn Street #5,    Chicago, IL 60603-5520
17960245      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
17960246       +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
17960247       +Seventh Ave,    Po Box 2804,    Monroe, WI 53566-8004
17960248       +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT    P.O. Box 9475,
                 Minneapolis, MN 55440-9475
17960249       +Tnb-Visa  (TV),    C/O Financial & Retail Services,    Mailstop BV   P.O.Box 9475,
                 Minneapolis, MN 55440-9475
17960250       +Wells Fargo Education Financial Services,    Efs Bankruptcy,    Po Box 5185,
                 Sioux Falls, SD 57117-5185
17960251       +Wffnatbank,    Bankruptcy,    4137 121st St,    Urbandale, IA 50323-2310
17960252       +Wfnnb/lanebr,    Po Box 182789,    Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19295907        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2013 01:57:27
                 American InfoSource LP as agent for,    Asset Acceptance,
                 as assignee of BP PRIVATE LABEL/ CHASE,    PO Box 248838,    Oklahoma City, OK  73124-8838
19295906        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2013 01:59:12
                 American InfoSource LP as agent for,    Asset Acceptance,
                 as assignee of CITIFINANCIAL/ WICKES FUR,    PO Box 248838,    Oklahoma City, OK  73124-8838
17960216       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 03 2013 01:50:43     Asset Acceptance Llc,
                 Po Box 2036,    Warren, MI 48090-2036
18062683       +E-mail/Text: bnc@atlasacq.com Oct 03 2013 01:52:56     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
17960220       +E-mail/Text: bankruptcy@cavps.com Oct 03 2013 01:55:24     Calvary Portfolio Services LLC,
                 as assignee of Bank of America/FIA,    500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-1340
17960222       +E-mail/Text: don@regionalrecoveryservice.com Oct 03 2013 01:55:34     Cb Usa Inc,
                 5252 S Hohman Ave,    Hammond, IN 46320-1723
17960232        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 03 2013 01:59:10     Discover Fin,    Po Box 8003,
                 Hilliard, OH 43026
17960231       +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2013 01:54:17     Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
18944502        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 03 2013 01:59:10     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17960233       +E-mail/Text: bknotice@erccollections.com Oct 03 2013 01:54:18     Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17960235       +E-mail/Text: bankruptcy.bnc@gt-cs.com Oct 03 2013 01:53:09     Green Tree Servicing L,
                 Po Box 6172,    Rapid City, SD 57709-6172
17960237        E-mail/Text: collections@accesshorizon.com Oct 03 2013 01:53:08     Horizon Bank Na,
                 515 Franklin Square,    Michigan City, IN 46360

```
District/off: 0752-1           User: wepps                  Page 2 of 2                  Date Rcvd: Oct 02, 2013
                               Form ID: pdf006              Total Noticed: 54


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19186423       E-mail/Text: resurgentbknotifications@resurgent.com Oct 03 2013 01:49:50
                 LVNV Funding, LLC its successors and assigns as,    assignee of HSBC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
17960242      +E-mail/Text: resurgentbknotifications@resurgent.com Oct 03 2013 01:49:50       Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
17960244      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 03 2013 01:50:50      Midland Credit Management,
                 Po Box 939019,    San Diego, CA 92193-9019
19076338      +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2013 01:54:17
                 Nelnet on behalf of the U.S. Department of Educati,    3015 South Parker Road, Suite 400,
                 Aurora, CO 80014-2904
19111091      +E-mail/PDF: pa_dc_claims@salliemae.com Oct 03 2013 01:58:47       Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19076340*     +Nelnet on behalf of the U.S. Department of Educati,    3015 South Parker Road, Suite 400,
                 Aurora, CO 80014-2904
19120205*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541)
19110352*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
17960227     ##+Citi Ctb,    Po Box 22066,    Tempe, AZ 85285-2066
                                                                                             TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2013 at the address(es) listed below:
              Michael L Sherman    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw1@aol.com
              Nathan C Volheim    on behalf of Joint Debtor Diane  Ramos courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
              Nathan C Volheim    on behalf of Debtor Johnny  Ramos, Jr. courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rocio  Herrera    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
               creditor, c/o Seterus, Inc. rocio@johnsonblumberg.com,    bkecfnotices@johnsonblumberg.com
              Ronald R Peterson    rpeterson@jenner.com,    rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 6
```