# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
RAMOS JR., JOHNNY                         §        Case No. 11-43017 JBS
RAMOS, DIANE                              §
                                          §
                                          §
_____Debtor(s)_____       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on        . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit Corporation Ford Credit Po Box 6275 Deerborn, MI 48121 | | | | | |
| | Ford Motor Credit Corporation Ford Credit Po Box 6275 Deerborn, MI 48121 | | | | | |
| | Horizon Bank Na 515 Franklin Square Michigan City, IN 46360 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| RONALD PETERSON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acs/dept Of Ed 830 1st St Ne Room 111g5 Washington, DC 20002 | | | | | |
| | Acs/jp Morgan Chase Ba 501 Bleecker St Utica, NY 13501 | | | | | |
| | Acs/wells Fargo 501 Bleecker St Utica, NY 13501 | | | | | |
| | American Collections 919 Estes Ct Schaumburg, IL 60193 | | | | | |
| | Arnoldharris/Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | | | | |
| | Asset Acceptance Llc Po Box 2036 Warren, MI 48090 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Blatt, Hassenmiller, Leibsker & Moore LLC 125 South Wacker Dr, Suite 400 Chicago, IL 60606 | | | | | |
| | Blatt, Hassenmiller, Leibsker & Moore LLC 125 South Wacker Dr, Suite 400 Chicago, IL 60606 | | | | | |
| | Calvary Portfolio Services Attention: Bankruptcy Department 500 Summit Lake Dr. Valhalla, NY 10595 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Cb Usa Inc 5252 S Hohman Ave Hammond, IN 46320 | | | | | |
| | Chase - Cc Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase- Bp Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Citi Ctb Po Box 22066 Tempe, AZ 85285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Financial Mortgage Attention: Bankruptcy Department Po Box 140069 Irving, TX 75014 | | | | | |
| | Custom Coll Srvs Inc 55 E 86th Ave Ste D Merrillville, IN 46410 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Discover Fin Po Box 8003 Hilliard, OH 43026 | | | | | |
| | Discover Fin Po Box 8003 Hilliard, OH 43026 | | | | | |
| | Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Green Tree Servicing L Po Box 6172 Rapid City, SD 57709 | | | | | |
| | H&f Law 33 N Lasalle Chicago, IL 60602 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5895 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Lane Bryant Po Box 182125 Columbus, OH 43218 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Micheal D. Fine Chase Bank 131 S. Dearborn Street #5 Chicago, IL 60603 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | |
| | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Seventh Ave Po Box 2804 Monroe, WI 53566 | | | | | |
| | Target Credit Card (TC) C/O Financial & Retail Services Mailstop BT P.O. Box 9475 Minneapolis, MN 55440 | | | | | |
| | Tnb-Visa (TV) C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Education Financial Services Efs Bankruptcy Po Box 5185 Sioux Falls, SD 57117 | | | | | |
| | Wffnatbank Bankruptcy 4137 121st St Urbandale, IA 50323 | | | | | |
| | Wfnnb/lanebr Po Box 182789 Columbus, OH 43213 | | | | | |
| 000012 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000013 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC (CHASE BANK) | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (HSBC - CARS | | | | | |
| 000006 | CALVARY PORTFOLIO SERVICES LLC | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| 000007 | NELNET ON BEHALF OF THE U.S. DEPART | | | | | |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000009 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 11-43017 | Judge: HON. JOHN B. SCHMETTERER |
|---|---|---|
| Case Name: | RAMOS JR., JOHNNY | |
| | RAMOS, DIANE | |
| For Period Ending: | 12/16/13 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 10/24/11 (f) |
| 341(a) Meeting Date: | 11/21/11 |
| Claims Bar Date: | 08/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real Estate located at Location: 13140 S. Ave O, C | 102,000.00 | 0.00 | | 0.00 | 0.00 | 125,835.00 | 30,000.00 |
| 2. Checking account with TCF | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| 3. Savings account with US Bank | 140.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 140.00 |
| 4. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 5. Personal used clothing | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 6. Anticipated 2011 Tax Refund: Debtor's will owe Per | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. 2007 Ford Expedition, with 72,0000 miles Value Per | 21,355.00 | 0.00 | | 0.00 | 0.00 | 19,911.00 | 2,400.00 |
| 8. 2006 Ford Mustang, with 12,000 miles Value Per KBB | 12,500.00 | 2,400.00 | | 0.00 | 0.00 | 9,926.00 | 174.00 |
| 9. 2005 GMC Envoy with 55,000 Value Per KBB, PPV 50% | 3,795.00 | 0.00 | | 0.00 | 0.00 | 6,185.00 | 1,753.95 |
| 10. 2000 Peterbuilt (u) | 11,000.00 | 11,000.00 | | 11,000.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.04 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $152,190.00 | $13,400.00 | | $11,000.04 | $0.00 | $161,857.00 | $35,867.95 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 11-43017   Judge: HON. JOHN B. SCHMETTERER |
| Case Name: | RAMOS JR., JOHNNY |
| | RAMOS, DIANE |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 10/24/11 (f) |
| 341(a) Meeting Date: | 11/21/11 |
| Claims Bar Date: | 08/16/12 |

August 5, 2012.  The Debtors bought the Peterbilt 2000 from the estate for $11,000 and are paying the estate over time. The final payment should be received in mid 2013.

April 29, 2013, 08:45 am Debtor paying like clockwork. Should be able to close estate by years end.

Initial Projected Date of Final Report (TFR): 03/31/14     Current Projected Date of Final Report (TFR): 03/31/14

_____ Date: _____

RONALD R. PETERSON

FORM 2                                                                                                Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                    Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-43017 -JBS | |
| Case Name: | RAMOS JR., JOHNNY | |
| | RAMOS, DIANE | |
| Taxpayer ID No: | *******2665 | |
| For Period Ending: | 12/16/13 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8547  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,994.39 | | 2,994.39 |
| 08/15/12 | 10 | Johny Ramos | | 1229-000 | 1,000.00 | | 3,994.39 |
| | | 13140 South Avenue O | | | | | |
| | | Chicago, Il 60633 | | | | | |
| 09/18/12 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 4,994.39 |
| 10/16/12 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 5,994.39 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.73 | 5,991.66 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.51 | 5,988.15 |
| 11/27/12 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 6,988.15 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.77 | 6,984.38 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.45 | 6,979.93 |
| 01/23/13 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 7,979.93 |
| | | TCF Cashier's Check | | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.81 | 7,969.12 |
| 02/27/13 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 8,969.12 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.80 | 8,958.32 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.32 | 8,945.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.87 | 8,932.13 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.28 | 8,918.85 |
| 06/18/13 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 9,918.85 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.46 | 9,905.39 |
| 07/29/13 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 10,905.39 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.87 | 10,890.52 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.19 | 10,874.33 |
| 11/22/13 | 030001 | Ronald R. Peterson | Professional Fees | 2100-000 | | 1,850.00 | 9,024.33 |
| | | Jenner & Block LLP | Final Trustee Fee | | | | |
| | | 353 North Clark Street | | | | | |
| | | Chicago, Illinois | | | | | |

Page Subtotals          10,994.39          1,970.06

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*                                          Ver: 17.04b

FORM 2                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-43017 -JBS |
| Case Name: | RAMOS JR., JOHNNY |
| | RAMOS, DIANE |
| Taxpayer ID No: | *******2665 |
| For Period Ending: | 12/16/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8547  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/22/13 | 030002 | Ronald Peterson<br>Jenner & Block<br>353 North Clark Street<br>Chicago, Il 60643-34356 | professional Expenses | 3120-000 | | 5.59 | 9,018.74 |
| 11/22/13 | 030003 | Atlas Acquisitions LLC (HSBC - Carsons)<br>294 Union St.<br>Hackensack, NJ 07601 | | 7100-000 | | 184.81 | 8,833.93 |
| 11/22/13 | 030004 | Atlas Acquisitions LLC (Chase Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | | 7100-000 | | 207.91 | 8,626.02 |
| 11/22/13 | 030005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 671.18 | 7,954.84 |
| 11/22/13 | 030006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 638.39 | 7,316.45 |
| 11/22/13 | 030007 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | | 7100-000 | | 516.90 | 6,799.55 |
| 11/22/13 | 030008 | Calvary Portfolio Services LLC<br>as assignee of Bank of America/FIA<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595 | (6-1) Cavalry Portfolio Services<br>LLC as assignee of Bank of America/FIA Card<br>Services NA<br>(6-1) Modified on 6/21/12 to correct creditor address<br>(CT) | 7100-000 | | 1,501.87 | 5,297.68 |
| 11/22/13 | 030009 | Nelnet on behalf of the<br>U.S. Department of Education<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014 | (7-1) Student Loan Obligation | 7100-000 | | 2,271.38 | 3,026.30 |

Page Subtotals                     0.00           5,998.03

Ver: 17.04b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-43017 -JBS | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | RAMOS JR., JOHNNY | | Bank Name: | ASSOCIATED BANK |
| | RAMOS, DIANE | | Account Number / CD #: | *******8547  Checking Account |
| Taxpayer ID No: | *******2665 | | | |
| For Period Ending: | 12/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/22/13 | 030010 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | (8-1) Modified on 7/3/12 to correct creditor address (CT) | 7100-000 | | 77.12 | 2,949.18 |
| 11/22/13 | 030011 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | | 7100-000 | | 1,115.37 | 1,833.81 |
| 11/22/13 | 030012 | Portfolio Recovery Associates, LLC PO Box 41067 Norfolk VA 23541 | (10-1) Modified on 7/6/12 to correct creditor address (CT) | 7100-000 | | 105.00 | 1,728.81 |
| 11/22/13 | 030013 | LVNV Funding, LLC its successors and assigns as assignee of HSBC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | 7100-000 | | 975.71 | 753.10 |
| 11/22/13 | 030014 | American InfoSource LP as agent for Asset Acceptance as assignee of CITIFINANCIAL/ WICKES FUR PO Box 248838 Oklahoma City, OK 73124-8838 | | 7100-000 | | 625.57 | 127.53 |
| 11/22/13 | 030015 | American InfoSource LP as agent for Asset Acceptance as assignee of BP PRIVATE LABEL/ CHASE PO Box 248838 Oklahoma City, OK 73124-8838 | | 7100-000 | | 127.53 | 0.00 |

Page Subtotals 0.00 3,026.30

Ver: 17.04b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                          Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-43017  -JBS | |
| Case Name: | RAMOS JR., JOHNNY | |
| | RAMOS, DIANE | |
| Taxpayer ID No: | *******2665 | |
| For Period Ending: | 12/16/13 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8547  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,994.39 | 10,994.39 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 2,994.39 | 0.00 | |
| | | | Subtotal | | 8,000.00 | 10,994.39 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,000.00 | 10,994.39 | |

Page Subtotals                    0.00                    0.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| | |
|---|---|
| Case No: | 11-43017 -JBS |
| Case Name: | RAMOS JR., JOHNNY |
| | RAMOS, DIANE |
| Taxpayer ID No: | *******2665 |
| For Period Ending: | 12/16/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9739 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/12 | 10 | Johnny Ramos | | 1229-000 | 1,000.00 | | 1,000.00 |
| | | 13140 S. Avenue O | | | | | |
| | | Chicago, Illinois 60633 | | | | | |
| 06/13/12 | 10 | Mr. & Mrs. Johnny Ramos | | 1229-000 | 1,000.00 | | 2,000.00 |
| | | 13140 S. Avenue O | | | | | |
| | | Chicago, Il. 6063 | | | | | |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,000.01 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.68 | 1,998.33 |
| 07/18/12 | 10 | Johnny Ramos | | 1129-000 | 1,000.00 | | 2,998.33 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,998.35 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.99 | 2,995.36 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,995.37 |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 0.98 | 2,994.39 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,994.39 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 3,000.04 | 3,000.04 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 2,994.39 | |
| Subtotal | 3,000.04 | 5.65 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,000.04 | 5.65 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8547 | 8,000.00 | 10,994.39 | 0.00 |
| Money Market Account (Interest Earn - *******9739 | 3,000.04 | 5.65 | 0.00 |
| | ------------------- | ------------------- | ------------------- |
| | 11,000.04 | 11,000.04 | 0.00 |
| Page Subtotals | 3,000.04 | 3,000.04 | |

LFORM24

Ver: 17.04b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                 **Exhibit 9**

| | |
|---|---|
| Case No: | 11-43017  -JBS |
| Case Name: | RAMOS JR., JOHNNY |
| | RAMOS, DIANE |
| Taxpayer ID No: | *******2665 |
| For Period Ending: | 12/16/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9739  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ (Excludes Account Transfers) | ============ (Excludes Payments To Debtors) | ============ Total Funds On Hand |

|  | Page Subtotals | 0.00 | 0.00 | |
|---|---|---|---|---|

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*